***E-FILED - 7/3/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE PARKS, | ) | No. C 04-2206 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| A.A. LAMARQUE, et al., | ) | |
| Defendants. | ) | |

    The court has dismissed the instant action for failure to state a cognizable claim for relief. A judgment of dismissal is hereby entered. Plaintiff shall take nothing by way of his complaint. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge